# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINA BRAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CV556 HEA |
| | ) |
| HOUSING RESIDENTIAL | ) |
| MANAGEMENT SERVICES, | ) |
| | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon the motion of plaintiff Regina Brand for the appointment of counsel. For the reasons discussed below, the motion will be denied at this time, without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the *pro se* litigant to investigate the facts, the existence of conflicting testimony, and the ability of the *pro se* litigant to present her claims. *Id.*

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time. This case is neither factually nor legally complex. In addition, plaintiff has demonstrated that she can adequately present her claims to the Court, and it does not appear that her claims involve information unavailable to her. However, the Court recognizes that the relevant circumstances may change. The Court will therefore deny the motion for the appointment of counsel without prejudice, and will entertain future motions for the appointment of counsel, as appropriate, as this litigation progresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for the appointment of counsel (Docket No. 3) is **DENIED** without prejudice.

Dated this 31st day of July, 2018

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE