UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA BRAND, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CV556 HEA |
| HOUSING RESIDENTIAL MANAGEMENT SERVICES, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon the motion of plaintiff Regina Brand for leave to proceed *in forma pauperis* in this civil action. Upon review and consideration of plaintiff's motion and financial affidavit, the Court finds that plaintiff is financially unable to pay any portion of the filing fee, and will therefore grant the motion. In addition, the Court has reviewed the complaint pursuant to 28 U.S.C. § 1915(e)(2), and has determined that it survives initial review. The Court will therefore direct that service be issued upon the complaint.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff Regina Brand's Motion to Proceed In Forma Pauperis (Docket No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to issue process or cause process to issue on the complaint by serving defendant at its registered agent: Holden Law Office, PC, 718 W. Business Highway 60, Dexter, MO 63841.

Dated this 31st day of July, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE